

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Mark Schomburg, Appellant

No. 06-18-00060-CV      v.

Germania Insurance and Kaker Agency, LLP, Appellees

Appeal from the 271st District Court of Wise County, Texas (Tr. Ct. No. CV18-03-244). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Mark Schomburg, had adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs..

RENDERED NOVEMBER 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk